MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
ERIN R. HUTCHINS (SBN 346557)
ehutchins@maternlawgroup.com
MATERN LAW GROUP, PC
2101 E. El Segundo Blvd., Suite 403
El Segundo, California 90245
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiffs

*[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHICAS, an individual; and RITA TALBERT, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON RETAIL LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-10306 FMO (SSCx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: September 25, 2024<br>FAC Filed: January 2, 2025<br>SAC Filed: February 4, 2025<br>TAC Filed: September 24, 2025<br>Trial Date: None Set |

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (State Bar #068687)
norm@bamlawca.com
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
Nicholas J. De Blouw (State Bar #280922)
nick@bamlawca.com
Piya Mukherjee (State Bar #274217)
piya@bamlawca.com
Victoria Rivapalacio (State Bar #275115)
victoria@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiffs


GIBSON, DUNN & CRUTCHER LLP
LAUREN M. BLAS, SBN 296823
lblas@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
mcooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
kmagallanes@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
jpearigen@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

///
///

NOTICE OF SETTLEMENT
CASE NO.: 2:24-CV-10306 FMO (SSCx)

GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE, SBN 279092
jrose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200

NOTICE OF SETTLEMENT
CASE NO.: 2:24-CV-10306 FMO (SSCx)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Rita Talbert ("Plaintiff") and Defendant Amazon Retail LLC attended a mediation with Gig Kyriacou, Esq. on February 24, 2026 and thereafter reached a class action settlement on February 27, 2026. The Parties intend to begin the process of drafting a long-form settlement agreement. The settlement requires court approval pursuant to Fed. R. Civ. P. 23(e) and contemplates the entry of a judgment after final approval. Accordingly, after the long-form settlement agreement is finalized, Plaintiff anticipates filing a motion for preliminary approval within approximately 90 days.

DATED: March 2, 2026          MATERN LAW GROUP, PC


                         By:  /s/ Matthew W. Gordon
                              MATTHEW J. MATERN
                              MATTHEW W. GORDON
                              ERIN R. HUTCHINS
                              Attorneys for Plaintiffs


DATED: March 2, 2026          BLUMENTHAL NORDREHAUG
                              BHOWMIK DE BLOUW LLP


                         By:  /s/ Piya Mukherjee
                              PIYA MUKHERJEE
                              Attorneys for Plaintiffs


DATED: March 2, 2026          GIBSON, DUNN & CRUTCHER LLP


                         By:  /s/ Megan Cooney
                              MEGAN COONEY
                              Attorneys for Defendant
                              AMAZON RETAIL LLC

## ATTESTATION

I hereby attest that each of the other signatories have concurred in the document's contents and have authorized the filing of this document, pursuant to Civil L.R. 5-4.3.4(a)(2)(i).

By: */s/ Matthew W. Gordon*
    MATTHEW W. GORDON