UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA TALBERT, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AMAZON RETAIL LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:24-cv-10306 FMO (SSCx)<br><br>**ORDER GRANTING STIPULATION [59] RE: LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Action Filed: September 25, 2024<br>FAC Filed: January 2, 2025<br>SAC Filed: February 4, 2025<br>TAC Filed: September 24, 2025<br>Trial Date: None Set |

## ORDER

Pursuant to the Joint Stipulation for Leave to File Fourth Amended Complaint (the "Stipulation"), and good cause having been shown, IT IS HEREBY ORDERED as follows:

1.    Plaintiff Rita Talbert shall be granted leave to file a Fourth Amended Complaint ("4AC"), substantially in the form attached as **Exhibit A** to the Stipulation;

2.    The 4AC shall be filed no later than seven (7) days after entry of the order granting Plaintiff Rita Talbert leave to file a 4AC; and

3.    Defendant Amazon Retail LLC shall respond to the 4AC within thirty (30) days of the filing of the 4AC.

**IT IS SO ORDERED.**

DATED: July 6, 2026                    _____/s/_____
                                       HON. FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE